# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH L. BLACKWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. JUAN D. CASTILLO, ET AL.,<br><br>    Defendants. | Case No. CV 15-08968 PA (AFM)<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY INITIAL PARTIAL FILING FEE** |

    On November 20, 2015, plaintiff was granted permission pursuant to 28 U.S.C. § 1915(b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the initial partial filing fee, in the amount of $25.16 within thirty (30) days to the Clerk of Court. On January 19, 2016, the Court received plaintiff's notice of change of address and sent plaintiff copies of orders previously issued, including the order to pay the initial partial filing fee.

    According to the Court's docket, the plaintiff has not complied with 28 U.S.C. § 1915(b)(1) and is hereby ordered to show cause why this action should not

be dismissed without prejudice for plaintiff's failure to timely pay the initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order.  Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

Plaintiff is further ordered to sign the authorization for the collection of the full amount filing fee which was not signed earlier.  The Clerk is directed to send the Prisoner Authorization form (CV-60P) which plaintiff shall sign and return.

**IT IS SO ORDERED.**

DATED:  March 23, 2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

Attachment: Form CV-60P