# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH L. BLACKWELL,<br><br>Plaintiff,<br><br>v.<br><br>DR. JUAN D. CASTILLO, ET AL.,<br><br>Defendants. | Case No. CV 15-08968 PA (AFM)<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO SUBMIT PRISONER AUTHORIZATION** |

On November 20, 2015, plaintiff was granted permission pursuant to 28 U.S.C. § 1915(b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, and ordered to pay the initial partial filing fee in the amount of $25.16 within thirty (30) days to the Clerk of Court, and monthly payments thereafter in accordance with 28 U.S.C. § 1915(b)(2). On January 19, 2016, the Court received plaintiff's notice of change of address and sent plaintiff copies of orders previously issued, including the order to pay the initial partial filing fee and prisoner authorization form.

On March 13, 2016, the Court ordered plaintiff to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the

initial partial filing fee and ordered plaintiff to sign and return the prisoner authorization form to authorize the collection of the full amount of the filing fee. Plaintiff requested additional time to pay the $25.16 initial filing fee, and on May 4, 2016, the Court received $20.00. On April 11, 2018, the Court received a subsequent payment of $10.00 from plaintiff. To date, however, plaintiff has not authorized the disbursement of funds from his prison trust account. Therefore, the Clerk is directed to again send the prisoner authorization form to plaintiff.

If the prisoner authorization form is not signed by plaintiff and returned to the Court on or before **July 27, 2018,** plaintiff is ordered to show cause by that date why this action should not be dismissed for failure of plaintiff to comply with orders of the Court. If a signed prisoner authorization form is received by the Court on or before July 27, 2018, no further response by plaintiff to this Order to Show Cause is necessary. **Failure by plaintiff to file the signed prisoner authorization form within the time specified herein may result in the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

DATED: 6/27/2018

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE


Attachment: Prison Trust Account
Withdrawal Authorization