UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH L. BLACKWELL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>et al.,<br><br>Defendants. | Case No. CV 15-08968 PA (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation is accepted and adopted; (2) Defendants' motion for summary judgment on the issue of exhaustion as to Defendants Regina Blair, Arthur Floyd and Rudolph Leyvas is granted; (3) judgment in favor of Defendants Regina Blair, Arthur Floyd, and Rudolph Leyvas shall be entered; and (4) Defendants' motion for summary judgment

on the issue of exhaustion as to the claim against Dr. Jaspal Dhaliwal in the Fourth Amended Complaint is denied.

DATED:  March 13, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE