# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH L. BLACKWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 2:15-cv-08968-JWH (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Final Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

    IT THEREFORE IS ORDERED that (1) the Final Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) plaintiff's motion for summary judgment is denied; (3) defendant's motion for summary judgment is granted; (4) Judgment shall be entered in favor of defendant; and (5) this action is dismissed with prejudice.

DATED: February 16, 2021

                                             JOHN W. HOLCOMB
                                    UNITED STATES DISTRICT JUDGE