JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH L. BLACKWELL, | Case No. 2:15-cv-08968-JWH (AFM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Final Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff have and take nothing by his Fourth Amended Complaint, and the action is dismissed with prejudice.

DATED: February 16, 2021

JOHN W. HOLCOLMB
UNITED STATES DISTRICT JUDGE